# Court of Appeals
# of the State of Georgia

ATLANTA, October 26, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0387.  ROBERT L. TWIGGS v. THE STATE.**

A jury found Robert Twiggs guilty of aggravated child molestation, aggravated sexual battery, child molestation, rape, statutory rape, and incest, and we affirmed the denial of his motion for a new trial on appeal.  *Twiggs v. State*, 315 Ga. App. 191 (726 SE2d 680) (2012).  He later filed an extraordinary motion for a new trial, which the trial court denied in July 2017.  Twiggs then filed a notice of appeal to this Court. We lack jurisdiction.

An appeal from an order denying an extraordinary motion for a new trial must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  "[C]ompliance with the discretionary appeals procedure is jurisdictional."  *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Twiggs's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*